CARLEEN R. ARLIDGE          SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
E-Mail: craatty@aol.com

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-00401 JF |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER CONTINUING SENTENCING |
| TRUC LE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing therefor:

IT IS HEREBY ORDERED that sentencing for the above-named defendants till take place on Thursday, August 25, 2011 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District Judge.

DATED: 8/10/11

_____
HON. JEREMY FOGEL
United States District Judge